James Lynn O'Hines 191267

Box 3400 1040 smell

nku Jackson Malloy K56984

Florence Az 85232



FILED
AUG 18 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

United States Southern District
Federal Courthouse 880 Front
Street Ste 4290 San Diego Ca
92101-8900 Attn: pro se clerk.

James Lynn O'Hines 191067                    Fed RCumP. 12 13
nku James Lynn O'Hines, Jackson Malloy       18 USC § 3041
Calif state ID card 222 Gina El cajon
Ca 92020. at ASPC Florence Az 85232          '08 CV 1528 H WMc

vs.

Peace officer Personnel Union Contract
Transient St. Thomas Aquinis parish
Narcotics Agents ET. Al. Does 1 to 100.

    Jurisdiction under Bivens V six unknown Federal
Narcotics Agents 403 U.S. 388 (1971) Gun Control Law
Artesia New Mexico firing Range 18 USCA §§ 921-930
Verbal Argument and threats w/ telephone computer.

    Black and Latino and Asian-Hawaiian Indo-Poly-
Asians and White and No Arizona Indian Reservation
enemies concerns due to Bob Stephens Apache Rez
Wildlife fish and game Reserve Hunting Grounds.

Prison Litigation Reform Act of 1996 § 520 UHAT § 1977 ?

Prison Litigation Reform Act P.L.R.A. 1996.#

1. James Lynn O'Hines 197067
2. Box 3400 # 040 street
3. ASPC Florence Eyman Browning
4. Florence Az 85232

5. United States Southern California Federal
6. District Courts  880 Front street Ste 4290
7. San Diego Ca   92101-8900.
8.        Attn pro se clerk
9.
10.
11. James Lynn O'Hines   197067
12. Jackson Malloy  K86989          Case No. #
13. 222 Gina El Cajon Ca 92020
14. _____
15.     vs.         1 thru 22 #  Imminent Danger Petition
16. Alexias Uranga-Sigi              Abnormal Dangerous Activity
17. MTA Jimenez                      Ultra Hazardous Activity
18. c/o Smith - Senaga               Tort 520 & 1977
19. c/o Lt McEnro, Sgt Siefert       Additional Defendants too:
20. Pico-Pelton-Picison  P-3         Mason & Moose & Kof C
21. Martinez-Hernandez-Gutierrez     Lodge members Does 9 to 100 #
22. Capt Ortiz-Garcia Sgt            See Supplemental pages #
23. C/o White, Wood Capt Ruiz
24. c/o Tony Lavoi  LA RAM/TLC
25. Linda Kowolski-Uranga
26. Capt Dan Hagen, c/o Ramos,
27. Rodriguez, Alvarez, Urovic c/o
28.       San Diego Parole Dept c/os.
29.  Phoenix, Az Transient c/os w/ Union Police.

Constitutional and/or Federal Civil Right Violations?
— The Right to Remain free of Reverse Racial, Sexual, and Religious Discrimination by Law and Health Officers.
Statement of facts = Who? Alexius Uranga Sigi-Salazar of San Diego, Long Beach, Santa Barbara Ca. Phoenix Az. audio-video technical assistant California to Arizona on telephonic computer CDC/DOOC m.T.d. %
What? Verbal and physical violence and chemicals to steal by computer controlled police agency California to Arizona for Mexican-Asian Gang "Wilmas" a Brown and White St Thomas of Aquinis "parish" gang.
Whon? Methodically, Periodically, from SSI pay days the 1st of the month 1990s to 2000s August 8th 2008 inside Florence prison on computer for health care items, canteen purchases, or welfare supplies.
Exhaustion of Remedies? At Florence over familiarized situations w/ California parolees and parole agents c/os from San Diego Ca. Yes - as of 11/13/06.
Serious physical injury? Yes - Oct/2005 leg injury trans to Florence from San Diego under Ombudsman Cpt Stringfellow Rj Donovan to Florence w/ defendant.
Imminent Danger? Yes - as of 8/8/08 Surgical medical needs on leg still exist = "blood circulation" und "paralyzation of nerves" and scar "unoperated". Upon parole computer stalking w/our Indian Reservation Federal transfer to Tulsa Roosa Oklahoma Cherokee-Choctaw Reservation for ½ breed plaintiff - (Native American feuding w/ Mexican California, Arizona Gangs)

1. Jury Selection Interstate feuding California to
2. Arizona over HIV + syndrom the defendants aka as
3. locally Glendale Az residents and San Diego Calif
4. residents at local beaches. Timeshare Rentals and
5. Jaffe MD Inc Real Estate Housing.
6. C/o of Fruno family "Gustons"        (Who?)
7. Racial Militia activity              (What?)
8. 2008 from 1980s Missouri California and Arizona
9. (When?) Now 1998 - 2008 #
10. Statement of facts: Repeatedly sexual - violence from:
11. Sacramento Calif to phoenix Az St. Louis to San Diego.
12.      Suzy @ Henderson Guston wife of Ricky Guston
13. aka JJ Walker sexual assaultive behavior at
14. computer custody locations w/ Narcotics Agents AVTS
15. Now at Florence Az on Computer "Verbally - threatening"
16. Parish to Parish controlling vicinities w/ Church.
17. Chemicals of chloral hydrate and G.H.B Spray toxicity.
18. C/o Ferrill Julendinsley Jimenez       San Diego Calif
19. using chemicals at Florence and hiding chemicals at Plaintiff(s)
20. Private address to hide Plaintiff in an small attic a
21. Medical Malpractice(s) 1984 and 2005 to 2008 --- #
22. Detective Greensmith of Glendale Az  and San Diego Calif
23. Computer stalking plaintiff and plaintiff family and in
24. jails prisons and hospitals to steal Narcotics.
25. Medical malpractice Murder and Mayhem 1984 - 2008.
26. Monu Thompson Hino and Carlos (aka) tag - team(s)
27. Automobile patrol in Narcotic areas for computer violence.
28. Sheriff Joe and Victor Arpaio Request for Relief? 28 USCA §1404(a)

3.

Why a Federal placement Conversion of custody is Needed? Narcotics Agent Mark Whooten lost $400.00 in a Narcotics sales by-bust operation in St. Louis Mo and was in Brentwood Calif the night Ron Goldman and Nicole Brown Simpson were stabbed and then dis-robed of their clothes and terry cloth robe. And Det. Mark Whooters clothing in San Diego was passed w/ blood spots on sleeve to plaintiff at F-Street Bookstore by two females and then passed to Mike Colombo aka "Sandman".

On 10-10-04 to August 8th 2008 Maricopa County jail Sgt Harmon signed a Medical and Ad-seg. placement order for plaintiff who claimed = I am too popular with officers have been briefed on my Scores from California from Hospital on 10/7/04

C/O Helms on 3/7/08 charged plaintiff with grabbing her arm at cell feeding time a false report to steal time owed for 1 Year Good time (No write ups) Denied Credit Restoration for Federal detox in Atlanta w/ Dr. David Olms at St. Anthonys Medical Center St Louis Mo. 30 Day Detox for Psych med poisoning. 8/8/08. #

Sheriff Joe Arpaio & son Vic Arpaio Retaliated Dually 1960s Plaintiff's Father broke Sheriff Arpaios Arm and Vic Arpaio has a Viet Nam injury on arm. And plaintiff has burned tattoo on arm and been stabbed in the leg by "Elmore family" at Glendale Av and at Pierson Street Baptist church. Retaliation Continued. *

4.

James Lynn O'Hines 197067
Box 3400 I O 40 small
Florence Az 85232
Kent* Jackson Malloy K86984
222 Gina Ave El cajon Ca 92020

United States Southern District Federal Courts
880 Front Street Ste 4290
San Diego Ca 92101
Additional Defendants Attn pro se clerk. #

James Lynn O'Hinos 197067
Box 3400 I O 40 small
222 Gina El cajon Ca 92101 *
Florence Az 85232

Q Quarantooned
USC: title 21 § 118
ARS = 36 501 (5)   #

Vs.

Florence Correctional Officers Militia
White, Black and Asian-Latinos
of St Thomas of Aquinis Parishes
HIV + Syndrom San Diego
to Phoenix area locally Ariz.
            as:
C/o Podolak    C/o Lawson
C/o Muros     C/o Andrews
C/o Picison   C/o Vic Arpaio
C/o Rumos    SOPD Jim Howler
Pam and Larry Hissong
C/o Gillium (aka Stophons).
C/o Henderson family
C/o Martinez Hernandez Galuza
and Jimenez families

5. Supplemental    Page (a)

9th District Federal Courts Southern District                     Pg 1.
Phoenix Dist: Southern Calif. Dist. Central District
Coram Nobis 28 U.S.C. 1655; 28 USC 1332 (a)
Diversity jurisdiction seeking over $75,000.00

James Lynn O'Hines
197067
Florence State Prison
Box 3400 SMU II
Florence, AZ 85232

"Imminent Danger Motion"
Ultra Hazardous Activity Tort
520 § 1977
Title 28 U.S.C. §§ 1631-1652
Abnormal Dangerous Activity

Mr. James Lynn O'Hines
                 plaintiff.
         V

Jaffe MD Inc. et. al. (Numerous Does.)
Attorney: K.S. Countryman P.C. Esq.
Audio Video Tech Assistant "Larry Hissoir" %
Georgia Street Real Estate Mngr. "Cascade"
San Diego East County     "Jim White" %
Gaslamp Real Estate Cole Block 5th Ave. (eg).
                 defendant.

Use of a Tracking Device(s).

See: Title III Omnibus Crime Control
And Safe Streets Act of 1968 as:
amended by Title I of the 1986.
Electronic Communication Privacy Act
18 ! USCN 2510 -2520

1. Plaintiff suffers continued serious harm to self by custody of defendant(s) from San Diego to Phoenix and continued damage(s) to property inherited 1018 Bompart Ave. Webster Groves Mo. Racially Motivated and Religiously Orientated Conflict involving Narcotic Sales. And Sexual offenses. In the course of a protected activity, custody/parole 42 USCA § 2000 e3 (a)
2. Without Conversion of custody, current supervision cannot be preformed without this risk regardless of the precaution taken. Custody supervision in Arizona obstructs due process, And denies Equal Protection liberty Interests, by discriminatory Affirmative Action Reverse Racial supervision by Minorities and Adverse Whites of plaintiff a Seminole-white citizen. 42cj5j
3. High Profile Case Concerns that do not ordinarily occur. It is Media connected and a Carroll Doctrine Issue: F.C.C. Violations to create unfair and impartial Venue; locale: Economic Injury to an existing licensee contested by Advertisement subliminal, Television V. Radio San Diego to Phoenix from Santa Barbara Ca. Region IV parole Dept. Fox 10 News Investigative Reporter Keith Easton, Sacramento Dewey Hopper also at 819 University Ave. San Diego W6BN. Chicago Illinois and plaintiff(s) Pulse T.V. Contract of Atascadero California. Copyright Infringements for Keith Urban by Atty K.S. Countryman P.C. and Jaffe Inc Wilshire Blvd. Los Angeles Ca. Dr. Beerman, Dr. Michael A. Jaffe MD Inc. Dr. Leone and Ariz Dept of Corr. Doctors of Contract for Behavior Science Analysis of Plaintiff by Electronic Television Surveillance 18 USC § 2510-2520 video camera.
#(1.)

Pg. 2.

<u>18 USCA § 1961 (4)   United States V. Turkette
452 US 576 101 SCt 2524 (1981)</u> ✓ ✓ ✓

JAMES LYNN HINES
ASPC EYMAN-SMU II
PO BOX 3400
FLORENCE AZ 85232

V. Jaffe M.D. Inc. et. al.

<u>Freedom of Information Act</u>
<u>5 U.S.C.A § 552</u>
<u>5 U.S.C.A § 551</u>
<u>ATF § FBI.§ DEA.</u>§

Abnormally Dangerous Activity: Supervision in a state custody capacity for a ulterior motive of private financial gain or withholding monies from plaintiff. Sex and Violence: Prison Rape Elimination Act P.R.E.A Law 5.1435. # California and Arizona: Battery on a non-prisoner 4501.5 Calif. p.c. # Arizona Revised Statute(s) ARS: 13-1204 Aggravated Assault justification self defense Corcoran Calif. to Florence Arizona Security Housing and Management Units: Up to date 3-4-08 to 3-7-08; Retro-Active to/from 1997 # Calif. to Ariz: "Quintana" Asian-Mexican- White-Seminole training and funding to result in injuries In/of a protected activity custody and parole.

Church of St. Thomas of AQuinis; occult activities "Q" cult of Japan Anthrax on Subways... and Anthrax to North Dakota Senator Tom Dasheell, and United States Postal Service and audio video technical assistants hazard abnormal activities. True identity of female child of Greendale school who wrote letter as presumed daughter of plaintiff. petitioner in state custody is Black and White Racially and Psychologically.

Petitioner is Pleading for a Federal agency conversion of custody and concurrent jurisdiction for impartible feeding Calif. to Ariz interdepartmentally for a consolidation of diversity jurisdiction by Statute(s) 28 U.S.C § 1332 (a) and, 28 USC § 1367, Accomplice liability and or accessory before the fact 18 USCA § 2. Petitioner is a incarcerated presumed father putatively supervised isolated and secluded except for television video camera surveillance 18 USC 2510 §§ 252 Incommunicado except for modem telephonic automated Electronic Surveillance. Petitioner has also a claim for Hertzberg Leslie Witness protection Act Calif. p.c. Los Angeles double homicides pre-meditated 8-21-88 to 1996-97 Racially, and Sexually, religiously motivated (see: pgs. 2-A to 6-A). Civil disorder and State Organizational Victimization 18 USC § 13 and Fed R. Crim P. 12.4 (a)(2)(b)(1).

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CM/ECF ATTORNEY INFORMATION UPDATE FORM

This form shall be used to update an attorney's firm name, address, e-mail address or telephone number or to consent to electronic service of court documents. In addition to submitting this form, if the attorney has any pending cases, the attorney shall file and serve a copy of a notice of change of attorney information, form G-6, upon all opposing parties, Local Rule 83-2.7.

**Name:** (Last, First, M.I.) _Scheck, Barry C._

**California State Bar Number:** _New York NY_

☒ Out-of-state attorney    ☐ Check this box if you are a patent, trademark or copyright attorney.

**Check the appropriate box(es) if you are an Assistant U. S. Attorney (AUSA) or a Deputy Federal Public Defender (DFPD) with the Central District of California:**
- ☐ AUSA
  - ☐ Civil Division        ☐ Criminal Division        ☐ DFPD
  - ☐ Los Angeles           ☐ Santa Ana                ☐ Riverside

**Update the following information:**

**Firm/Government Agency Name:** _"Innocence Project"_

**Address:** _100 Fifth Ave  3rd Floor_

**Phone Number:** _212-364-5340_

**Primary Internet E-mail address:** _www.innocenceproject.org_

Secondary E-mail address (up to two addresses only):
- ☐ Add _____
- ☐ Remove _____

**Apply the updated information to:**
- ☐ pending and terminated civil cases*
- ☐ pending civil cases only*
- ☐ no cases to be updated
- ☐ pending and terminated criminal cases*
- ☐ pending criminal cases only*
- ☐ the following cases only (include the division code, year, case type, case number, i.e., 2:07-CV-01234)

NOTE: A list of your cases may be obtained by querying your name in the CM PACER system.
*CAUTION! You will receive notices of electronic filing for cases you may no longer be associated with if you did not file a substitution of attorney or notice of reassignment of attorney.

**Delivery options** (please check only one box). Your selection will apply to both primary and secondary E-mail address(es):    ☐ Send an individual notice for each filing    ☐ Send a daily summary report

*I consent to receive service of judgments, orders and other court documents by electronic transmission at the e-mail address provided above.*

**Date:** _____    **Signature:** _[signature]_

A Public Access to Court Electronic Records (PACER) account is required to access documents electronically sent. To establish a PACER account, call 1-800-676-6856 or go to www.pacer.psc.uscourts.gov

Return completed form to: Email_Update@cacd.uscourts.gov or fax to (213) 894-2342 or mail to:
United States District Court, Central District of California, 312 N. Spring St., Room G-8, Los Angeles, CA 90012,
Attention: Attorney Admission Clerk

G-76 (11/07)                    CM/ECF ATTORNEY INFORMATION UPDATE FORM

## F.B.I. Citizens Complaint

(4.) Marvin K. Brown Cadillac U.S.A and ARCO Gas Stations of Harvey Brown Family St Louis Mo are associates of Ethonol Petroleum Sales of Aunt and Uncle Joe and Betty Cole of Dalton City, Illinois. The Brown Family are familiar associates to Complainant James Lynn Hines. Mr James Lynn Hines is personal associate to Harvey Brown. And is favored beneficiary to a codicil of a "Treatise to a Will" § 7 at 11-1900 WEST, 1983 US Const Art± 1 § 7.3 Guide to American Law 165.66 unestimated

(5.) On Oct 7 2004 in Phoenix State Capitol area defendants use C.I. Edward "Quintana" Hernandez of Santa Barbara San Diego criminal gang to Ambush "Board and Care Home parolee" A.W.O.L. into a Stabbing aggravated assault arrest at Good Samaritan Hospital for ulterior motives to aid and abet a pre-conceived conspiracy identical to the Brentwood Homicides using audio video surveillence

(6) San Diego c/os at Florence have physically "jumped on" petitioner. And food and basic necessities are witheld to punish petitioner. Interstate compact transfered San Diego County to Arizona by Electronic Surveillence Statute: 18 USC §§ 2510-2520 television surveillence computer stalking Automation George White Cross Paton A textbook of jurisprudence 315 4th ed. 1972 # aka "Mexican Radio" by Calif Dept of Corrections in Arizona.

(7) Prescription Narcotics are sold as "heroin" and "meth" and provided by Dr. Jaffe M.D. Inc. Dr Leone San Diego Calif to transient personnel and behavioral problems with hispanic speaking officers are daily dilemma since chulavista calif court case in 1998 with A.T.F concerns for Bur-net staff owners, operators LaMesa Ca. to Phoenix Az H.Q private business operations of defendants. Underground telephonic computer labs.

(8.) Over familiar familial issues for quasi-case jurisdiction concerns has evolved over racial "reverse racial agenda" Petitioner is a Seminole Indian-White of mixed bloods eligible for Federal placement. Child Custody, Medical Malpractice, Legal Mal-practice HMO Geico - All state Insurance claim UCC § 9-104(c), Labor Dispute 29 USCA § 152 (7) and 4ᵗʰ 42 USC § 1396c monetary compensation is/are in debate controversy.

(9) Defendants claim custody of petitioner's child at Mollison and Madison Ave El Cajon Ca. And Hostilities for INS employment at Henry's Markets' family business 15ᵗʰ Amend U.S. Const. violations by Active supervision case at Law: Patrick v Burger 486 US 94 100-01 108 Sct 1658 1663 (1988).# Relief: Conversion of Custody forthwith to Federal Agency compensatory punitive damages by Statute.

(10) Conclusion: All necessary means and measures have been presented to the courts for Discretionary review. March 9ᵗʰ 2008   proper James Lynn O'Brien 187067 

#(4)

≳JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
James Lynn O'Hines

**DEFENDANTS**
Peace Officer Personnel Union...

(b) County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
James Lynn O'Hines
PO Box 3400
Florence, AZ 85232
197067

Attorneys (If Known)

'08 CV 1528 H WMc

**FILED**
AUG 18 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 530 General | **IMMIGRATION** | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty | ☐ 462 Naturalization Application | | |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☒ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | ☐ 446 Amer. w/Disabilities - Other / ☐ 555 Prison Condition | | | |
| | ☐ 440 Other Civil Rights | | | |

## V. ORIGIN (Place an "X" in One Box Only)

☐ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
**28 USC 1331**
Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____
DOCKET NUMBER _____

DATE 8/18/2008
SIGNATURE OF ATTORNEY OF RECORD R. Miller

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____