1
2
3
4
5
6
7
8          # UNITED STATES DISTRICT COURT
9          # SOUTHERN DISTRICT OF CALIFORNIA
10
11    JAMES LYNN O'HINES,                          Civil No.    08-1528 H (WMc)
12    CDCR #K-86989,
      ADC #197067,
13
                              Plaintiff,
14                                                 **ORDER DISMISSING CIVIL
                                                   ACTION WITHOUT PREJUDICE
15          vs.                                    FOR FAILING TO PAY
                                                   FILING FEE REQUIRED
16                                                 BY 28 U.S.C. § 1914(a)
      PEACE OFFICER PERSONNEL UNION                AND/OR FAILING TO MOVE
17    CONTRACT, et al.,                            TO PROCEED *IN FORMA PAUPERIS*
                                                   PURSUANT TO 28 U.S.C. § 1915(a)**
18                            Defendants.
19
20          Plaintiff, an inmate currently incarcerated at the Arizona State Prison Complex in

21    Florence, Arizona, and proceeding pro se, has filed a civil action pursuant to 18 U.S.C. § 3041.

22    (*See* Compl. at 1.)

23    **I.      Failure to Pay Filing Fee or Request IFP Status**

24          All parties instituting any civil action, suit or proceeding in a district court of the United

25    States, except an application for writ of habeas corpus, must pay a filing fee of $350.  *See* 28

26    U.S.C. § 1914(a).  An action may proceed despite a party's failure to pay this filing fee only if

27    the party is granted leave to proceed *in forma pauperis* ("IFP") pursuant to 28 U.S.C. § 1915(a).

28

1 | *See Andrews v. Cervantes*, 493 F.3d 1047, 1051 (9th Cir. 2007); *Rodriguez v. Cook*, 169 F.3d

2 | 1176, 1177 (9th Cir. 1999).

3 | Here, Plaintiff has neither prepaid the $350 filing fee required to commence a civil action,

4 | nor has submitted a Motion to Proceed IFP. Therefore, this case is subject to immediate

5 | dismissal pursuant to 28 U.S.C. § 1914(a).

6 | **II**. **Conclusion and Order**

7 | For the reasons set forth above, the Court hereby:

8 | (1) **DISMISSES** this action sua sponte without prejudice for failing to pay the $350

9 | filing fee or file a Motion to Proceed IFP pursuant to 28 U.S.C. §§ 1914(a) and 1915(a); and

10 | (2) **GRANTS** Plaintiff **forty five (45)** days leave from the date this Order is "Filed"

11 | to: (a) prepay the entire $350 civil filing fee in full; *or* (b) complete and file a Motion to proceed

12 | IFP which includes a certified copy of his trust account statement for the 6-month period

13 | preceding the filing of his Complaint pursuant to 28 U.S.C. § 1915(a)(2) and S.D. CAL. CIVLR

14 | 3.2(b).

15 | **IT IS FURTHER ORDERED** that the Clerk of the Court shall provide Plaintiff with the

16 | Court's approved form "Motion and Declaration in Support of Motion to Proceed *In Forma*

17 | *Pauperis*." If Plaintiff fails to either prepay the $350 civil filing fee or complete and submit the

18 | enclosed Motion to Proceed IFP within that time, this action shall remain dismissed without

19 | prejudice and without further Order of the Court.

21 | DATED: August 22, 2008

22 | HON. MARILYN L. HUFF
United States District Judge